IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

GLADYS MARIE HENDERSON, )
)
Plaintiff, )
)
v. )
) CASE NO. CV417-225
NANCY A. BERRYHILL, Acting )
Commissioner of Social )
Security, )
)
Defendant. )
)

O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 15), to which objections have been filed (Doc. 17). After a careful de novo review of the record, the Court concludes that Plaintiff's objections are without merit. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion in this case and the Commissioner's final decision is **AFFIRMED**. Accordingly, the Clerk of Court is **DIRECTED** to close this case.

In her objections, Plaintiff contends that the Magistrate Judge failed to "engage in the proper review of whether the ALJ's 'specific reasons' for discrediting Ms. Henderson's alleged pain and limitations are supported by substantial evidence." (Doc. 17 at 2.) This Court disagrees. The Magistrate Judge recounted the medical

opinion evidence and the ALJ's treatment of such evidence. (Doc. 15 at 5-9.) "A reviewing court should 'not disturb a clearly articulated credibility finding supported by substantial evidence.' " Taylor v. Acting Comm'r of Soc. Sec. Admin., No. 18-11978, 2019 WL 581548, at *2 (11th Cir. Feb. 13, 2019) (citing Mitchell v. Comm'r of Soc. Sec., 771 F.3d 780, 782 (11th Cir. 2014)). This Court finds that the ALJ clearly articulated his reasons for not fully crediting Plaintiff's subjective pain testimony and that these reasons are supported by substantial evidence.

SO ORDERED this 12th day of March 2019.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA